IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **PHENIX LONGHORN, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CAUSE NO.  2:18-CV-00020 |
| § | |
| **TEXAS INSTRUMENTS, INC.,** § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

Pursuant to the Joint Stipulation of Dismissal filed by Plaintiff Phenix Longhorn, LLC ("Phenix") and Defendant, Texas Instruments, Inc. ("TI"), the Court hereby enters Final Judgment.  Accordingly, it is

**ORDERED** that all of Phenix's claims against TI in Case No. 2:18-cv-00020 are **DISMISSED WITH PREJUDICE**.  It is further

**ORDERED** that all of TI's counterclaims against Phenix in Case No. 2:18-cv-00020 are **DISMISSED WITHOUT PREJUDICE**.   All costs are to be borne by the party that incurred them.

All relief not previously granted is hereby **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close this case.

It is so **ORDERED**.

**SIGNED** this 27th day of August, 2019.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE